*E-FILED: March 28, 2013*

1  Name: Qiang Hua
2  Address: 773 Cotton Tail Ave,
   San Jose, CA 95116
3  Phone Number: (408)8068815
4  E-mail Address: huaq9@yahoo.com
5  Pro Se

6        UNITED STATES DISTRICT COURT
7        NORTHERN DISTRICT OF CALIFORNIA

8  QIANG HUA                        )  Case Number: 13-CV-01303 HRL
9                                   )
                                    )  MOTION FOR PERMISSION FOR
10              Plaintiff,           )  ELECTRONIC CASE FILING
11                                   )
   SUPERMICRO COMPUTER INC.         )  Judge HOWARD R. LLOYD
12                                   )
13                                   )
                Defendant.           )
14

15       As the (*Plaintiff/Defendant*) Qiang Hua _____ in the above-captioned matter, I
16  respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this
    case. I hereby affirm that:
17     1. I have reviewed the requirements for e-filing and agree to abide by them.
18     2. I understand that once I register for e-filing, I will receive notices and documents only
          by email in this case and not by regular mail.
19
       3. I have regular access to the technical requirements necessary to e-file successfully:
20        [✓] A computer with internet access;
21        [✓] An email account on a daily basis to receive notifications from the Court and
              notices from the e-filing system.
22        [✓] A scanner to convert documents that are only in paper format into electronic files;
23        [✓] A printer or copier to create to create required paper copies such as chambers
              copies;
24        [✓] A word-processing program to create documents; and
25        [✓] A pdf reader and a pdf writer to convert word processing documents into pdf
              format, the only electronic format in which documents can be e-filed.
26
   Date: March 27, 2013           Signature: Qiang Hua
27
28

(Stamp: RECEIVED MAR 27 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE)

Name: Qiang Hua
Address: 773 Cotton Tail Ave,
San Jose, CA 95116
Phone Number: (408)8068815
E-mail Address: huaq9@yahoo.com
Pro Se

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANG HUA                                  )<br>                                            )<br>                                            )<br>              Plaintiff,                   )<br>                                            )<br>     vs.                                    )<br>SUPERMICRO COMPUTER INC.                   )<br>                                            )<br>                                            )<br>              Defendant.                   ) | Case Number: 13-CV-01303 HRL<br><br>[PROPOSED] ORDER GRANTING<br>MOTION FOR PERMISSION FOR<br>ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: March 27, 2013

_____
United States District/Magistrate Judge