*E-FILED: March 28, 2013*

1. Name: Qiang Hua
2. Address: 773 Cotton Tail Ave, San Jose, CA 95116
3. Phone Number: (408)8068815
4. E-mail Address: huaq9@yahoo.com
5. Pro Se

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

QIANG HUA

Plaintiff,

v.

SUPERMICRO COMPUTER INC.

Defendant.

Case Number: 13-CV-01303 HRL

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge HOWARD R. LLOYD

RECEIVED
MAR 27 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

As the (Plaintiff/Defendant) Qiang Hua in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:
   - [✓] A computer with internet access;
   - [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✓] A scanner to convert documents that are only in paper format into electronic files;
   - [✓] A printer or copier to create to create required paper copies such as chambers copies;
   - [✓] A word-processing program to create documents; and
   - [✓] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: March 27, 2013          Signature: Qiang Hua

1  Name: Qiang Hua
2  Address: 773 Cotton Tail Ave,
   San Jose, CA 95116
3  Phone Number: (408)8068815
4  E-mail Address: huaq9@yahoo.com
5  Pro Se

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| QIANG HUA | ) | Case Number: 13-CV-01303 HRL |
|---|---|---|
|  | ) |  |
|  | ) | [PROPOSED] ORDER GRANTING |
|  | ) | MOTION FOR PERMISSION FOR |
| Plaintiff, | ) | ELECTRONIC CASE FILING |
|  | ) |  |
| vs. | ) | DATE: |
|  | ) | TIME: |
| SUPERMICRO COMPUTER INC. | ) | COURTROOM: |
|  | ) | JUDGE: |
|  | ) |  |
| Defendant. | ) |  |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: March 27, 2013        _____

United States District/Magistrate Judge